**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS OLEESKY, | ) | 2:10-cv-00445-HDM-PAL |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| | ) | |
| VENTA FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's unopposed motion to amend its counterclaims (#23) is granted. Defendant shall have up to and including September 17, 2010, in which to file its second amended answer and counterclaims. Because the court has granted the defendant's unopposed motion to amend its first amended answer and counterclaims, the plaintiff's motion to strike defendant's first amended answer and counterclaim is denied as moot.

**IT IS SO ORDERED.**

DATED: This 2nd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE