**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS OLEESKY, | ) | 2:10-cv-00445-HDM-PAL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| VENTA FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff has filed a motion for a continuance of the trial in this matter. (#47). Defendant does not oppose and in fact joins in the motion (#48). Accordingly, the motion (#47) is granted. The trial date currently set for August 9, 2011, at 9 a.m. is reset and continued to January 31, 2012. In light of the continuance, the pretrial telephonic conference set for June 21, 2011, at 10 a.m. and the calendar call set for July 20, 2011, at 9:30 a.m. are hereby vacated. Deadlines for the proposed joint

1

pretrial order, jury instructions, and voir dire will follow in a separate order.

**IT IS SO ORDERED.**

DATED: This 16th day of June, 2011.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE

2