UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DENNIS OLEESKY                      )
                                    ) Case No.: 2:10-cv-445-HDM-PAL
       Plaintiff,                )
  vs.                               ) **ORDER**
                                    ) (Motion to Withdraw)
VENTA FINANCIAL GROUP, INC., d/b/a  )
ALTERRA HOME LOANS                  )
                                    )
       Defendant.                )
_____)

    The motion to withdraw (#53), filed by attorney Evan Needham on 01/06/12, was heard on 01/24/12. Attorney Evan Needham moved to withdraw as counsel for Defendant/Counter-Plaintiff Venta Financial Group, Inc. (hereafter, "Venta") and for relief from the scheduled pre-trial matters and trial date. Those present at the hearing were the Plaintiff, Mr. Oleesky, and Attorney Evan Needham. Venta failed to appear as ordered. Having reviewed the papers and addressing those present,

    IT IS ORDERED:

1. The motion to withdraw (#53) is GRANTED.
2. The scheduled pre-trial matters and trial date are vacated.
3. The scheduled pre-trial matters and trial date are stayed.
4. The Defendant/Counter-Plaintiff (Venta) shall have twenty (20) days to retain new counsel and advise this court of its new counsel. This 20 days begins to run from the date Venta is served with this Order.
5. The Defendant/Counter-Plaintiff (Venta), as a corporation, cannot act on its own behalf and the failure to retain new counsel may result in a default.

Dated this __24th__ day of January 2012

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE