UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS OLEESKY, | ) | 2:10-cv-00445-HDM-PAL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| VENTA FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    Trial in this matter was previously set for February 28, 2012. Before that trial date, plaintiff filed a motion in limine (#54). Trial has since been continued to October 23, 2012. Accordingly, the plaintiff's motion in limine (#54) is denied without prejudice to renew 30 days before trial pursuant to Local Rule 16-3.

    **IT IS SO ORDERED.**

    DATED: This 1st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1