1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 DENNIS OLEESKY,                    )        2:10-cv-00445-HDM-PAL
                                     )
11                                   )
                    Plaintiff,       )        ORDER
12                                   )
    vs.                              )
13                                   )
                                     )
14 VENTA FINANCIAL GROUP, INC.,      )
                                     )
15                                   )
                    Defendant.       )
16 _____  )

17       Trial in this matter was previously set for February 28, 2012.

18 Before that trial date, plaintiff filed a motion in limine (#54).

19 Trial has since been continued to October 23, 2012.  Accordingly,

20 the plaintiff's motion in limine (#54) is denied without prejudice

21 to renew 30 days before trial pursuant to Local Rule 16-3.

22       **IT IS SO ORDERED.**

23       DATED: This 1st day of June, 2012.

24

25                         _Howard D McKibben_____

26                         UNITED STATES DISTRICT JUDGE

1